IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOMMY KASALO, ) | |
| ) | Case No. 12-CV-02900 |
| Plaintiff, ) | |
| ) | Judge: Matthew F. Kennelly |
| v. ) | |
| ) | |
| TRIDENT ASSET MANAGEMENT, LLC, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SATISFACTION OF JUDGMENT**

Defendant, TRIDENT ASSET MANAGEMENT, LLC ("Trident"), by its attorneys, David M. Schultz and Corinne C. Heggie, and for its Notice of Satisfaction of Judgment, states:

1. On August 20, 2014, judgment was entered in favor of Plaintiff for statutory damages in the amount of $1,000.00 plus attorney's fees and costs allowable under 15 U.S.C. §1692(k)(a) through August 26, 2014. *See* Dkt. #156.

2. On May 17, 2015, pursuant to Plaintiff's counsel's Petition for Attorney's Fees and Expenses, Plaintiff's attorney was awarded $109,574.93 in attorney's fees and expenses. *See* Dkt. #175.

3. On May 28, 2015, the parties filed an Agreed Stipulation of Payment Plan to Satisfy the Judgment which provided, among other deadlines, the day by which the final payment was to be made. The final payment was to be made no later than 5:00 p.m. Central Standard Time, Monday, November 2, 2015. *See* Dkt. #176.

4. As of October 9, 2015, Defendant has satisfied all the payments for the judgment.

WHEREFORE, Defendant, TRIDENT ASSET MANAGEMENT, LLC, by virtue for the foregoing payments described herein, has fully satisfied the judgment entered August 20, 2015.

          Respectfully submitted,

          TRIDENT ASSET MANAGEMENT, LLC, Defendant

          /s/ Corinne C. Heggie
          Corinne C. Heggie

David M. Schultz
Corinne C. Heggie
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601-1081
Telephone: 312-704-3000
E-mail: cheggie@hinshawlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 14, 2015, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois Eastern Division, the foregoing **Notice of Satisfaction of Judgment** by using the CM/ECF system, which will send notification of such filing(s) to:

Mario Kris Kasalo
The Law Office of M. Kris Kasalo, Ltd.
20 North Clark Street, Suite 310
Chicago, IL 60602
E-mail: mario.kasalo@kasalolaw.com

          /s/Corinne C. Heggie

131167299v1 0934792